

George MANDL, Individual Trading as Mandl's Bakery; Jenny Lee Bakery, Inc.; Potomac Bakery (Sub–Chapter S Corp.); Smith's Bakery, Inc.; Danity Pastry Shoppe, Inc.; Dalo's Bakery, Inc.; Volz and Company, Inc., Trading as Rilling's Bucks County Bakery; Weinrich's, Inc.; Key Bake, Inc.; Pennsylvania Bakers Association of Western Pennsylvania and Master Bakers Business Association of Philadelphia, Appellants,

v.

COMMONWEALTH of Pennsylvania; Department of Revenue of the Commonwealth of Pennsylvania; Department of Justice, Office of Attorney General of the Commonwealth of Pennsylvania, Appellees.

Supreme Court of Pennsylvania.

Submitted July 27, 1994.

Decided Jan. 3, 1995.

Robert H. Maurer and Robert L. Knupp, Harrisburg, for appellant.

Bart J. DeLuca, Harrisburg, for appellee.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

### ORDER

PER CURIAM:

AND NOW, this 3rd day of January, 1995, the Order of Commonwealth Court is affirmed.

MONTEMURO, J., is sitting by designation.

COMMONWEALTH of Pennsylvania, Appellant,

v.

Walter STAFFORD, Appellee.

Supreme Court of Pennsylvania.

Argued Dec. 7, 1994.

Decided Jan. 4, 1995.

John F. Cherry, Richard E. Guida, Harrisburg and Joseph M. Sembrot, for the Com.

Thomas A. Thornton, Harrisburg, for W. Stafford.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

### ORDER

PER CURIAM:

Order affirmed.

PAPADAKOS, J., files a dissenting opinion in which CASTILLE, J., joins.

MONTEMURO, J., is sitting by designation.

PAPADAKOS, Justice, dissenting.

In this case Appellee was convicted of four counts of receiving stolen property by a Dauphin County jury. On appeal to the Superior Court, he contended that the trial judge should have instructed the jury that the Commonwealth must prove that the goods in question were actually stolen. The Superior Court agreed with this argument and reversed. I cannot agree with their conclusion.